Exhibit C

CSNG 15606274

# ASSIGNMENT

U.S. Small Business Administration

FOR VALUE RECEIVED, in accordance with SBA Form 750 executed by
Name of Lender: TD Bank N.A.

("Lender" or "Assignor"), and in accordance with Loan Program Requirements, as that term is defined in 13 C.F.R. Part 120, Lender assigns, grants, conveys and transfers to the Assignee, the U.S. Small Business Administration ("SBA"), all right, title and interest in and to SBA 7(a) Loan Number: 9920115004 made to Name of Borrower: Bull Market Capital Corp on Date: 10/13/2017 including all Loan Documents, Loan Instruments, and any associated security instruments, mortgages or deeds of trust (the "Loan"). *See attached addendum.

Assignor authorizes the United States of America on behalf of the SBA to ask, demand, receive, collect, sue and take all lawful actions for recovery of the moneys due or to become due on this Loan, and further that the United States of America on behalf of the SBA may avail itself of its remedies under 31 U.S.C. § 3701, *et seq*., and/or any other remedies available at law or equity for collection of the Loan and the claim or debt evidenced by the Loan.

Assignor has not done and will not do anything to hinder or prevent the United States of America on behalf of the SBA from enforcing recovery on this Loan. Assignor agrees to timely execute such other documents as are requested by SBA to effectuate recordation or as otherwise requested by SBA to assist it in collection of the Loan. In the event that after the date hereof, Assignor receives any payment or any value of any kind with respect to the Loan or obligations secured or evidenced thereby, Assignor shall hold the same in trust for Assignee and shall immediately deliver the guaranteed share to Assignee. The Assignor agrees that SBA reserves all rights and authority under 13 C.F.R. Part 120, including without limitation under 13 C.F.R. § 120.524. This Assignment shall be interpreted and construed under federal law.

The Assignor's address is:

Lender Name: TD Bank N.A.
Address: One Royal Rd
City: Flemington
State: NJ
Zip: 08822

The Assignee address is: United States of America, Small Business Administration, CSNG 15606274
(Please mark the applicable address)

☐ National Guaranty Purchase Center (NGPC)
1145 Herndon Parkway Suite 900
Herndon, VA 20170

☒ Commercial Loan Service Center (CLSC) - AR
2120 Riverfront Drive Suite 100
Little Rock, AR 72202

☐ Commercial Loan Service Center (CLSC) - CA
801 R Street Suite 101
Fresno, CA 93721

In witness whereof, Lender, through its authorized representative and officer listed below, has executed this instrument on Date: April 5, 2022

Name of Lender: TD Bank, NA

BY: Ellen Ferrara
[Signature of Authorized Representative]

Print Name/Title: Ellen Ferrara, VP
Address: One Royal Road
City: Flemington
State: New Jersey
Zip Code: 08822

Certificate of Acknowledgement

City/County of Hunterdon )
)
State of New Jersey ) to wit:

On the 5 day of April, 2022 before me in the aforesaid jurisdiction, a Notary Public in and for the said jurisdiction, personally appeared Ellen Ferrara, the Vice President for TD Bank, NA, who is known to me personally (or satisfactorily proven to me) to be the person whose name is subscribed to within instrument and acknowledged that he/she executed the same for the purposes and in the capacity therein contained.

J Rathborne
Notary Public

Printed Name

Notary No.:____________________

My Commission Expires:__________

Stamp/Seal:

JUDITH A RATHBORNE
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 50019828
MY COMMISSION EXPIRES JUL. 22, 2025